STATE v. BROWN

No. 618P97

Case below: 127 N.C.App. 755

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

STATE v. CONNELL

No. 551P97

Case below: 127 N.C.App. 685

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

STATE v. DANIELS

No. 553P97

Case below: 127 N.C.App. 752

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

STATE v. ELLIS

No. 588P97

Case below: 127 N.C.App. 562

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 5 February 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

STATE v. FAIR

No. 534P97

Case below: 127 N.C.App. 562

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 February 1998.